■ In the Matter of DEBRA GENTILE, Appellant, v DAVID A. LEVINE, Respondent. — Order of the Family Court, Queens County, dated December 20, 1983, affirmed, with costs, for the reasons stated in the memorandum of Judge Gilman at the Family Court. O'Connor, J. P., Weinstein, Brown and Kunzeman, JJ., concur.